ACCEPTED
03-14-00561-CV
5091927
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/29/2015 6:38:10 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00561-CV

IN THE COURT OF APPEALS OF TEXAS
THIRD DISTRICT, AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/29/2015 6:38:10 PM
JEFFREY D. KYLE
Clerk

DANA DUTSCHMANN and KEVIN BIERWIRTH,

*Appellants,*

vs.

FEDERAL NATIONAL MORTGAGE ASSOCIATION,
*Appellee.*

On Appeal from the County Court at Law No. 2
Travis County, Texas
Trial Court Cause No. C-1-CV-15-006351

APPELLEE'S MOTION TO EXTEND TIME
FOR FILING APPELLEE'S BRIEF

To the Honorable Court of Appeals:

A. Introduction and Procedural Status

1.      This is an appeal from a forcible detainer action in the County Court at Law No. 2, Travis County, Texas. Appellants filed their respective Notices of Appeal on September 5, 4014.

2.      Appellee now respectfully requests the Court extend the time to file its brief.

1

## B. Argument & Authorities

3.  Appellant Kevin Bierwirth, *pro se*, filed his Brief on March 6, 2015.

4.  Appellant Dana Dutschmann, *pro se*, filed her Brief on March 31, 2015.

5.  Appellee's Brief is due on April 30, 2015.

6.  No previous extension has been requested or granted to extend the time to file Appellee's brief.

7.  Undersigned counsel has worked diligently in preparing a responsive brief to the two separate briefs filed by Appellants. To date, undersigned counsel has prepared a draft of Appellee's brief, but has yet to complete the brief due to preparation for the upcoming trial of an unrelated matter, and numerous recent deposition obligations.

8.  Accordingly, Appellee and undersigned counsel now request an additional one (1) week extension of time for Appellee to file its brief in this matter.

9.  This brief extension of time will not prejudice any party to this proceeding.

## C. Prayer

10.     For these reasons, Appellee Federal National Mortgage Association respectfully requests that the Court grant an additional one (1) week extention of time for Appellee to file its brief.

Respectfully submitted,


By:  /s/ Douglas G. Dent
     Brian P. Casey
     State Bar No. 00793476
     Douglas G. Dent
     State Bar No. 24078062
     6836 Bee Caves, Bldg. 3, Suite 303
     Austin, Texas 78746
     Tel.: 512-617-6409
     Fax: 888-530-9616
     bcasey@caseylawtx.com
     ddent@caseylawtx.com

## Certificate of Conference

I hereby certify that I have conferred with Appellant Kevin Bierwirth via email regarding the relief requested in this Motion. Mr. Bierwirth neither agrees, nor disagrees with the relief requested in this Motion.

I further hereby certify that I have attempted to confer with Appellant Dana Dustchmann via email regarding the relief requested in this Motion, but Ms. Dutschmann has not responded.

/s/ Douglas G. Dent
Douglas G. Dent


## Certificate of Service

Pursuant to Tex. R. App. P. 9.5, I hereby certify that on April 29, 2015, I served the foregoing document via regular mail on the following persons:

Kevin Bierwirth
13276 Research Blvd., #204
Austin, Texas 78750

Dana Dutschmann
3305 Spaniel Drive
Austin, Texas 78759

/s/ Douglas G. Dent
Douglas G. Dent


## Certificate of Compliance

Pursuant to Tex. R. App. P. 9.4(i)(3), I certify that this document contains 400 words.

/s/ Douglas G. Dent
Douglas G. Dent